UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cr-00151-TWP-DKL |
| MARIO ALFONSO TELLO, | ) -03 |
| Defendant. | ) ) ) |

**Order Denying Motion for Appointment of Counsel Without Prejudice**

Defendant filed a pro se letter seeking appointment of counsel for purposes of filing a motion for compassionate release under Section 603 of the First Step Act, which is codified at 18 U.S.C. § 3582(c)(1)(A)(i). Dkt. 120. On its face, the motion does not show that Defendant is entitled to compassionate release under § 3582(c)(1)(A) or that the interests of justice support appointing counsel at this time. Accordingly, the motion, dkt. [120], is **denied without prejudice**.

If Defendant wishes to pursue a motion for compassionate release, Defendant may do so by completing and returning the enclosed form motion. If Defendant files a pro se motion for compassionate release, the Court will evaluate whether to appoint counsel. The **clerk** is **directed** to enclose a copy of the form Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (*Pro Se* Prisoner) with Defendant's copy of this Order.

**IT IS SO ORDERED.**

Date: 9/15/2020

*Tanya Walton Pratt*
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Mario Alfonso Tello
Reg. No. 15306-028
FCI Elkton
Federal Correctional Institution
P.O. Box 10
Lisbon, OH 44432

All Electronically Registered Counsel